MH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lazaro Rolando Perdomo, | No. CV-26-03294-PHX-SHR (CDB) |
| Petitioner, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Respondents. | |

On May 11, 2026, Petitioner filed a Petition Under 28 U.S.C. § 2241 (Doc. 1) challenging his immigration detention.  In a May 13, 2026 Order, the Court ordered Respondents to show cause why the Petition should not be granted.  (Doc. 8.)  On May 19, 2026, Respondents filed their Response (Doc. 11), and on June 8, 2026, Petitioner filed a Motion for Voluntary Dismissal Without Prejudice (Doc. 16).  Respondents have not filed a response.  The Court will grant the Motion and dismiss this action without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.[1]

**IT IS ORDERED:**

(1)   Petitioner's Motion for Voluntary Dismissal Without Prejudice (Doc. 16) is **GRANTED**.

---

[1] The Federal Rules of Civil Procedure apply to habeas corpus proceedings "to the extent that they are not inconsistent" with the governing statutes and the Rules Governing Section 2254 Cases.  Rule 12, foll. 28 U.S.C. § 2254; *see also* Rule 1(b), foll. 28 U.S.C. § 2254 (stating that the Rules Governing Section 2254 Cases in the United States District Courts apply to § 2241 habeas corpus proceedings).

(2)    The Clerk of Court must **DISMISS** the Petition (Doc. 1) and this action without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated this 24th day of June, 2026.

Honorable Scott H. Rash
United States District Judge